509-15

# ELECTRONIC RECORD

COA # 14-09-00292-CR          OFFENSE: Sexual Assault

STYLE: Christopher Ray Barten v The State of Texas          COUNTY: Harris

COA DISPOSITION: Affirmed          TRIAL COURT: 232nd District Court

DATE: July 15, 2010   Publish: No          TC CASE #:1111900

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Christopher Ray Barten v The State of Texas

CCA # _____

_____PRO SE_____ Petition          CCA Disposition: **509-15**

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _10/14/2015_          SIGNED: _____   PC: _____

JUDGE: _la Cuvian_          PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**